UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          Case No. 2:13-cr-270-6

Wayne Carvel Coffman

<u>ORDER AND JUDGMENT REVOKING SUPERVISED RELEASE</u>
<u>AND IMPOSING SENTENCE</u>

    The above defendant, having been sentenced in this court on July 1, 2014, for a violation of Title 21, United States Code, Section 846, at which time the defendant was sentenced to a three-year term of probation; and a petition for the revocation of the probation of the defendant having been filed in this court on November 17, 2015, to require defendant to show cause why said probation should not be revoked:

    NOW, the defendant being present in court on December 1, 2016, with counsel, at the hearing on this matter and showing no cause why the probation previously imposed herein should not be revoked, and the court being fully advised in the premises, finds that the defendant has violated the conditions of probation.

    IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on probation is hereby revoked.

    IT IS FURTHER ORDERED that the defendant is sentenced to a term of incarceration of twelve months.  It is the court's understanding that defendant will receive 49 days jail time credit.

    IT IS FURTHER ORDERED that following defendant's release from incarceration, he shall be placed on a term of supervised release of one year under the standard conditions in place in this district, and with the additional conditions that defendant will serve 60 days in the Alvis House, and will undergo substance abuse and mental health testing and treatment while in the Alvis House and while on supervised release.  Defendant shall also work on completing his high school education.

    IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.  The court recommends to the Bureau of Prisons that defendant be assigned to FCI Elkton, FCI Ashville, or another appropriate facility as close as possible to Columbus, Ohio.

Date: December 2, 2016                <u>s/James L. Graham</u>
                                        James L. Graham
                                        United States District Judge